ABN AMRO Bank, N.V., et al., Appellants, et al., Plaintiffs, v MBIA Inc. et al., Respondents.

Submitted May 2, 2011; decided May 5, 2011

Motion by New York Civil Liberties Union et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

ABN AMRO Bank, N.V., et al., Appellants, et al., Plaintiffs, v MBIA Inc. et al., Respondents.

Submitted May 2, 2011; decided May 5, 2011

Motion by Patrick J. Borchers et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

ABN AMRO Bank, N.V., et al., Appellants, et al., Plaintiffs, v MBIA Inc. et al., Respondents.

Submitted May 2, 2011; decided May 5, 2011

Motion by Aurelius Capital Master Ltd. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of Ramon Alvarez, Appellant, v New York State Division of Parole et al., Respondents.

Submitted April 11, 2011; decided May 5, 2011

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 708 (2010)]. Motion for poor person relief dismissed as academic.